JOHN CONDON, Respondent, v. LIBERTY MUTUAL INSURANCE COMPANY, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

